AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

D&S CUSTOM DESIGN, LLC
a/k/a D.&S. Custom Design

CASE NUMBER 1:06CV00028

JUDGE: Richard J. Leon

DECK TYPE: Labor/ERISA (non-employme)

DATE STAMP: 01/9/2006

TO: (Name and address of Defendant)

D&S CUSTOM DESIGN, LLC
a/k/a D.&S. Custom Design
715 North Park
Lebanon, IN 46052

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SANFORD G. ROSENTHAL, ESQUIRE
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA 19106

an answer to the complaint which is served on you with this summons, within  twenty (20)  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        JAN - 9 2006
CLERK                              DATE

*Maureen Higgins*
(By) DEPUTY CLERK

# RETURN OF SERVICE

**UNITED STATES DISTRICT COURT**          **DISTRICT OF COLUMBIA**

International Painters and Allied Trades
Industry Pension Fund                                         Civil No.: 1:06CV00028

vs

D&S Custom Design, LLC
a/k/a D.&S. Custom Design

SERVICE OF PROCESS ON: **D&S Custom Design, LLC a/k/a D.&S. Custom Design**

X MATTHEW MILHARCIC, undersigned, being duly sworn, deposes and says that he was at the time of service, over the age of twenty-one, and not a party to this action:

Date of Service:  X 1-23-06
Place of Service: X 715 NORTH PARK  LEBANON, IN 46052
Documents Served: **Summons and Complaint and Case Management Order**

A true and correct copy of the aforesaid papers were served on the above named party or witness in the following manner:

X  By personally handing to an Officer or Manager In Charge or Managing Agent, whose name and title is: SCOTT JAMISON — OWNER.

Description of Person Receiving Documents: (Male) Female   Skin Color  W
Hair Color BRO   Age ___  Hgt 5-7  Wgt 160

Undersigned declares under penalty of perjury that the foregoing is true and correct

_____         X 1-23-06
Signature of Server                     Date

Sanford G. Rosenthal, Esquire
Jennings Sigmond, PC
510 Walnut Street, 16TH Fl.
Philadelphia, PA 19106                        215-922-6700