IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | )<br>)<br>) |
| Plaintiff, | ) CIVIL ACTION NO. 06-00028 |
| v. | )<br>) |
| D&S CUSTOM DESIGN, LLC<br>    a/k/a D.& S. Custom Design | )<br>)<br>) |
| Defendant. | ) |

**REQUEST TO CLERK TO ENTER DEFAULT**
**PURSUANT TO FED. R. CIV. PRO. 55(a)**

You will please enter a default on Defendant, D&S Custom Design, LLC a/k/a D.& S. Custom Design, for failure to plead or otherwise defend in accordance with the Federal Rules of Civil Procedure and as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached Affidavit of Sanford G. Rosenthal.

                                              Respectfully submitted,

                                              JENNINGS SIGMOND, P.C.

                        BY:/s/     Sanford G. Rosenthal
                              SANFORD G. ROSENTHAL, ESQUIRE
                              (I.D. NO. 478737)
                              The Penn Mutual Towers, 16th Floor
                              510 Walnut Street, Independence Square
                              Philadelphia, PA 19106-3683
                              (215) 351-0611
Date: February 14, 2006        Attorney for Plaintiff

164771-1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND ) <br>  ) <br> Plaintiff, )CIVIL ACTION NO. 06-00028 <br> v.  ) <br>  ) <br> D&S CUSTOM DESIGN, LLC ) <br> a/k/a D.& S. Custom Design  ) <br>  ) <br> Defendant.  ) | |

**AFFIDAVIT OF SANFORD G. ROSENTHAL, ESQUIRE
FOR ENTRY OF DEFAULT**

Sanford G. Rosenthal, Esquire, having been first duly sworn according to law, hereby deposes and states as follows:

1. I am the attorney for the Plaintiff in the above-entitled action.

2. The Complaint and Summons in this action were served on Defendant, D&S Custom Design, LLC a/k/a D.& S. Custom Design, by Matthew Milharcic, Process Server, at 715 North Park, Lebanon, IN 46052 by serving Scott Jamison, Owner, on January 23, 2006. The Return of Service has been duly docketed with the Court. The time in which the Defendant may answer or otherwise move as to the Complaint has expired.

3. Defendant has not filed a proper Answer with this Court or otherwise moved and the time for Defendant to answer or otherwise move has not been extended by Order of the Court.

4. Defendant is neither an infant nor incompetent person.

5. Inasmuch as a Defendant is a corporation, it is not in the military service

164771-1

      6.      The Clerk is requested to enter default against Defendant.

          I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.

Date: February 14, 2006      BY:/s/    Sanford G. Rosenthal
                                      SANFORD G. ROSENTHAL, ESQUIRE

164771-1

## CERTIFICATE OF SERVICE

     I, SANFORD G. ROSENTHAL, ESQUIRE, state, under penalty of perjury, that the foregoing Request to Clerk to Enter Default Pursuant to Fed. R. Civ. Pro. 55(a) was served by mailing same first class mail, postage prepaid, on the date listed below to:

D&S CUSTOM DESIGN, LLC
a/k/a D.& S. Custom Design
715 North Park
Lebanon, IN  46052

Date: <u>February 14, 2006</u>     BY:<u>/s/     Sanford G. Rosenthal     </u>
                                                            SANFORD G. ROSENTHAL, ESQUIRE

164771-1