## CERTIFICATE OF SERVICE

I hereby certify this 17th of February, 2006, that I caused to be served a copy of the foregoing Motion for Entry of Judgment by Default, Memorandum of Points and Authorities in Support thereof, Declaration of Thomas C. Montemore, Declaration of Sanford G. Rosenthal and proposed Default Judgment by sending a copy of same via U.S. Mail, postage-prepaid to:

> D&S CUSTOM DESIGN, LLC
> a/k/a D.& S. Custom Design
> 715 North Park
> Lebanon, IN  46052

DATE: February 17, 2006                         /s/ Sanford G. Rosenthal
                                                SANFORD G. ROSENTHAL, ESQUIRE

160604-1