IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 06-00028 |
| v. | ) ) | |
| D&S CUSTOM DESIGN, LLC a/k/a D.& S. Custom Design | ) ) ) | |
| Defendant. | ) | |

**JENNINGS SIGMOND ATTORNEYS' FEES –February 2006**

Shanna M. Cramer ("SMC")

| Date | Attorney | Task | Time |
|---|---|---|---|
| 02/08/06 | SMC | Phone Conference with T. Montemore | 0.10 |
| 02/14/06 | SMC | Preparation of Request for Entry of Default<br>Preparation of Letter to P. Burris<br>Preparation of Default Motion<br>Phone Conference with S. Jameson from Company<br>Preparation of Letter to T. Montemore | 2.00 |
| 02/15/06 | SMC | Phone Conference with T. Montemore<br>Review of Correspondence from the Court<br>Preparation of Default Motion<br>Preparation of Exhibits<br>Preparation of Declarations<br>Review of Correspondence from P. Gilbert | 3.50 |
| 02/16/06 | SMC | Review and Revision of Default Motion<br>Preparation of Letter to T. Montemore<br>Phone Conference with T. Montemore<br>Review of Correspondence from P. Gilbert | 1.50 |
| | | **TOTAL** | 7.10 |

**February Summary**
SMC  7.10 Hrs x $200.00     =     $1,420.00

Fees incurred 01/06     =     $ 641.00
Costs incurred  01/06    =     $ 251.00

      **Grand Total:**     $2,839.56

164676-1



**Jennings Sigmond, P.C.**
**Time And Expense Details**

Report ID: OT2025 - 3231
Thursday, February 16, 2006

Printed By  MHT
Page  1

Beginning To End

| Client | Client Reporting Name | Matter | Matter Reporting Name | Billing Timekeeper |
|---|---|---|---|---|
| PTINTF | IUPAT Industry Pension Fund | 27710 | D & S Custom Design, LLC | Sigmond, Richard B. |

### Unbilled Time

| Date | Timekeeper | Hours Worked | Hours To Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 1/13/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | | Review of Case Management Order |
| 1/13/2006 | CTM | 0.20 | 0.20 | 70.00 | $14.00 | | | Review of Electronic Court Documents regarding Summons and Complaint |
| 1/13/2006 | CTM | 0.10 | 0.10 | 70.00 | $7.00 | | | Phone Conference with Errands regarding Service |
| 1/20/2006 | SMC | 0.30 | 0.30 | 200.00 | $60.00 | | | Phone Conference with T. Montemore |
| | | | | | | | | Phone Conference with P. Gilbert |
| | | | | | | | | Review of Correspondence from P. Gilbert |
| 1/23/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | | Update Litigation Status Report |
| 1/24/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | | Review of Correspondence from P. Gilbert |
| | | | | | | | | Update Litigation Status Report |
| 1/30/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | | Update Litigation Tracking Report |
| 1/31/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | | Review of Affidavit of Service |

**Unbilled Time**
Totals  1.50  1.50  $261.00

### Unbilled Expenses

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|
| 1/5/2006 | $250.00 | 7100 | FILING FEE |
| 1/13/2006 | $1.00 | FAX | Fax Charges |

**Unbilled Expenses**
Totals  $251.00

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 12/20/2005 | SGR | 0.40 | 0.40 | 200.00 | $80.00 | | | Review of Correspondence from Fund regarding New Delinquency Case |
| | | | | | | | | Review of Documents |
| | | | | | | | | Preparation of Litigation Intake Memo |
| 12/29/2005 | SMC | 1.50 | 1.50 | 200.00 | $300.00 | | | Review of Correspondence from P. Gilbert |
| | | | | | | | | Preparation of Complaint |

**Billed Time**
Totals  1.90  1.90  $380.00

Report ID: OT2025 - 3231
Thursday, February 16, 2006

Printed By  MHT
Page  2

## Jennings Sigmond, P.C.
## Time And Expense Details

Beginning To End

| | Hours Worked | Hours To Bill | Fee Amount | Expense Amount | Total Amount |
|---|---|---|---|---|---|
| Report Totals | 3.40 | 3.40 | $641.00 | $251.00 | $892.00 |

*** End Of Report ***