IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

SEP 2 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

INTERNATIONAL PAINTERS & )
ALLIED TRADES INDUSTRY )
PENSION FUND, )
)
)
  Plaintiff, )
)
v. )  Civ. Action No. 06-0028 (RJL)
)
D&S CUSTOM DESIGN, LLC )
  a/k/a D.&S. Custom Design )
)
)
  Defendant. )

### FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is, this _____ day of September 2006, hereby

**ORDERED** that plaintiff' Motion for Default Judgment [#6] is **GRANTED**; it is further

**ORDERED** that damages shall be paid to plaintiff in the amount of $67,752.00 for unpaid contributions payable to the International Painters and Allied Trades Industry Pension Fund ("Fund") for the period July 2005 through December 2005 for work performed by Local Union 1165; it is further

**ORDERED** that damages shall be paid to plaintiff in the amount of $1,841.45 for interest payable on the delinquent contributions due the Fund, calculated from the due date until February 28, 2006 at the interest rate set forth in section 10 of the International Painters and Allied Trades Industry Pension Plan; it is further



**ORDERED** that damages shall be paid to the plaintiff in the amount of $13,550.40 for liquidated damages, which is 20 percent of the total amount of contributions owed the Fund for the period July 2005 through December 2005; it is further

**ORDERED** that damages shall be paid to the plaintiff in the amount of $275.41 for "late charges" in the form of interest on contributions paid more than twenty days after the due date and prior to litigation; it is further

**ORDERED** that damages should be paid to the plaintiff in the amount of $100.00 for returned check fee; it is further

**ORDERED** that damages shall be paid to the plaintiff in the amount of $2,312.00 for attorney's fees; it is further

**ORDERED** that defendant is directed to file complete, proper, and timely remittance reports with accompanying pension contributions for all periods for which defendant is obligated to do so under its collective bargaining agreement(s); and it is further

**ORDERED** that this Judgement is without prejudice to the right of plaintiff to seek recovery of any past or future delinquencies, interest, damages, and reasonable attorney's fees and costs that may be owing to plaintiff from defendant.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge