IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) | |
| TRADES INDUSTRY PENSION FUND ) | |
| ) | |
| Plaintiff, )CIVIL ACTION NO. 06-0028 (RJL) | |
| v. ) | |
| ) | |
| D&S CUSTOM DESIGN, LLC ) | |
| a/k/a D.& S. Custom Design ) | |
| ) | |
| Defendant. ) | |

**STATUS REPORT**

1. On February 14, 2006, Plaintiff filed with the Clerk of the Court a Request to Enter Default against Defendant pursuant to Federal Rule of Civil Procedure 55(a).

2. Default was subsequently entered on February 15, 2006.

3. Plaintiff filed a Motion for Entry of Judgment by Default on February 17, 2006.

4. Plaintiff is awaiting a ruling on its Motion for Entry of Judgment by Default.

Respectfully submitted,

JENNINGS SIGMOND

BY:/s/ Kent G. Cprek
KENT G. CPREK, ESQUIRE
(I.D. NO. 478231)
SANFORD G. ROSENTHAL, ESQUIRE
(I.D. NO. 478737)
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0615
Date: September 28, 2006    Attorneys for Plaintiff

172769-1

OF COUNSEL:

SHANNA M. CRAMER, ESQUIRE
Jennings Sigmond, P.C.
510 Walnut Street, Suite 1600
Philadelphia, PA 19106
(215) 351-0674