## **CERTIFICATE OF SERVICE**

    I, KENT CPREK, ESQUIRE, state under penalty of perjury that the foregoing Status Report was served by mailing same first class mail, postage pre-paid on the date below addressed to:

D&S CUSTOM DESIGN, LLC<br>
a/k/a D.& S. Custom Design<br>
715 North Park<br>
Lebanon, IN  46052

                                       /s/ Kent Cprek
                                       KENT CPREK, ESQUIRE

Date: September 28, 2006

172769-1